**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSHUA MORGAN EDDY,<br><br>  Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; and Does 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:15−cv−00605−MWF−SHx<br><br>Assigned to Hon. Michael W. Fitzgerald, Courtroom 1600<br><br>**AMENDED JOINT REPORT**<br><br>Complaint filed: 01/07/2015<br>Trial date: none set |

Pursuant to this Court's order, Plaintiff Joshua Morgan Eddy (**plaintiff**) and Defendant CitiMortgage, Inc. (**defendant**) submitted a joint report on November 30, 2015 concerning defendant's intent to move to enforce settlement and regarding trial dates. (*See* Dkt. No. 26.) The parties are currently engaged in discussions in an attempt to resolve their dispute, and are proposing the following revised schedule concerning defendant's motion to enforce settlement:

1. Defendant's shall file its motion to enforce settlement by no later than December 14, 2015;

2. Defendant's motion shall be set for hearing on January 11, 2016;

3. Plaintiff's opposition shall be due on December 21, 2015;

4. Defendant's reply brief shall be due on December 28, 2015.

The parties do **not** propose any amendment to any of the trial dates they proposed in their previously filed joint report, which are as follows:

1. Trial date to be set for November 1, 2016;

2. Initial disclosures to be served within thirty days of the hearing on defendant's motion to enforce settlement;

3. All non-expert witness discovery, including the hearing on any non-expert witness discovery motion, be completed fourteen weeks before the trial date;

4. Initial expert witness disclosures be made twelve weeks before the trial date;

5. Settlement conference cut-off be set at ten weeks before the trial date;

6. Rebuttal expert witness disclosures be made nine weeks before the trial date;

7. Non-discovery motion cut-off be set eight weeks before the trial date;

8. All expert witness discovery, including the hearing on any expert witness discovery motion, be completed six weeks before the trial date.

9. A final pretrial conference, at which motions in limine shall be heard, be set three weeks before the trial date.

Dated: December 4, 2015        **SMART LAW OFFICES**

By: /s/ *Nicole Cherones*
David L. Smart
Nicole Cherones
Attorneys for Plaintiff
JOSHUA MORGAN EDDY

Dated: December 4, 2015        **AKERMAN LLP**

By: /s/ *Robert R. Yap*
Justin D. Balser
Robert R. Yap
Attorneys for Defendant
CITIMORTGAGE, INC.

**PROOF OF SERVICE**

I am employed in the City and County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA  90017.

On **December 4, 2015**, I served the following documents

**AMENDED JOINT REPORT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> David Len Smart, Esq.
> Nicole Cherones, Esq.
> SMART LAW OFFICES
> 8880 Cal Center Drive, Suite 400
> Sacramento, California 95826
> Telephone     (916) 361-6020
> Facsimile      (916) 361-6021
> Email:         dsmart@thesmartlawoffices.com
> Email:         ncherones@thesmartlawoffices.com
>
> *Attorneys for Plaintiff*
> *JOSHUA MORGAN EDDY*

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 4, 2015**, at Los Angeles, California.

| Robert R. Yap | /s/  Robert R. Yap |
|---|---|
| (Type or print name) | (Signature) |